UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NATHAN KATZ, on behalf of himself and all others similarly situated
Plaintiff,

-against-

GLEN DANIELS CORPORATION d/b/a IMPERIAL COLLECTION SERVICES

Defendant.
------------------------------------------------------------X

**Index No.:**

**CV–05 0228 (NGG) (KAM)**

**NOTICE OF DISMISSAL <u>WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the plaintiff, that pursuant to Rule 41(a)(1), this action shall be, and it is, dismissed with prejudice and without costs to either party.

Dated: Uniondale, New York
March 11, 2005

By: ______________________

Abraham Kleinman (AK-6300)
Katz & Kleinman PLLC
Attorneys for the Plaintiff
626 EAB Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile (516) 522-2890

So ordered:

______________________

U. S. D. J.